RECEIVED

JAN 10 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|   |   |
|---|---|
| AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT | Case No. 4:25-MJ-020<br><br>[FILED UNDER SEAL] |

I, Brett Vanderpool, being first duly sworn, hereby depose and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a certified police officer for the Des Moines Police Department (DMPD) and have been so employed since December of 2019. I am presently assigned to the Des Moines Police Department's Vice & Narcotics Control Section (VNCS) as a Narcotics Investigator and have been so assigned since April 2024. I have received special training in the enforcement of laws concerning controlled substances. In connection with my duties and responsibilities as a law enforcement officer, I have testified in judicial proceedings and prosecutions for violations of laws concerning controlled substances. During my law enforcement career, I have participated in numerous investigations involving the unlawful distribution of controlled substances in violation of federal and state laws, which led to arrests, convictions of violators, and seizures of controlled substances and proceeds gained from illegal activity.

2. In the course of my duties, I have assisted in Title III investigations; performed physical, electronic, and Global Positioning System (GPS) surveillance; engaged in undercover drug transactions; executed search warrants; debriefed

1

informants; interviewed witnesses; reviewed recorded conversations involving drug trafficking activities; and analyzed telephone toll records and other records kept by or relating to drug traffickers. I have completed a twenty-three-week training academy at the Des Moines Regional Police Academy and have received in-service training on law updates and drug trends while assigned to the Des Moines Police Department. I have attended an 80-hour Narcotics Investigations Course and a 24-hour Drug Investigations and Clandestine Methamphetamine Laboratory Course. I also have attended numerous courses covering topics such as cellular telephone investigations, basic data recovery analysis, surveillance techniques, interrogation techniques, interview techniques, and intelligence techniques for law enforcement.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show there is sufficient probable cause for the requested complaints and does not set forth all of my knowledge about this matter.

4. This case involves counterfeit Oxycodone pills, typically referred to as "M30s," that are blue in color (also called "blues" or "percs"). These counterfeit pills are commonly known to contain fentanyl and routinely field-test positive for cocaine.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that OMAR MOHAMED NURANI has committed violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## PROBABLE CAUSE

### CONTROLLED BUY – OCTOBER 29, 2024

6. October 29, 2024, I used a confidential source (CS#2)[1] to make a controlled purchase of fentanyl pills from Omar NURANI. [2]

7. NURANI arrived at the buy location driving a Nissan Altima, registered to him. NURANI got out of the driver's seat and into CS#2's car. By way of the electronic surveillance device, CS#2 could be heard talking to NURANI and making the exchange of the buy money for the agreed upon amount of fentanyl pills (total distributed was 99). After the buy, NURANI exited CS#2's car and left in the Nissan Altima.

### CONTROLLED BUY – JANUARY 6, 2025

8. In late December 2024, NURANI advertised purple fentanyl powder for sale on his Facebook and Snapchat accounts. He possessed four baggies of purple powder, which he represented as each having "28" [28 grams or one ounce] (total of 112 grams).

---

[1] CS#2 is a cooperating source, operating under an arrest contract with the Polk County Attorney's Office for consideration on felony drug charges. CS#2 has no relevant criminal history. I believe CS#2 has provided truthful and reliable information with respect to this investigation, which has been corroborated by the controlled buy, surveillance, secure law enforcement database records, and prior law enforcement information on targets of this investigation and unknown to CS#2.

[2] Controlled purchases referred to in this affidavit were each conducted in the same manner. For each purchase, agents: (a) searched the informant and informant's vehicle immediately before and after the drug transaction for contraband and no contraband was found, aside from what the informant obtained during the transaction and turned over to agents; (b) provided the informant with a digital recorder/transmitter to record and monitor the transactions and funds with which to purchase drugs during the transaction; (c) conducted physical surveillance during the transaction; and (d) debriefed the informant immediately following the transaction and collected the drugs purchased during the transaction.

4:25-MJ-020

9.   On January 6, 2025, I used CS#2 to make a controlled purchase of fentanyl powder from NURANI.

10.  Physical surveillance was conducted during the controlled buy. NURANI arrived at the meet location in the Nissan Altima. CS#2 entered the front passenger seat of the Nissan Altima, remained for a few minutes, then exited. CS#2 left the area, met with me, and relinquished approximately 1.74 grams of a purple substance that field-tested positive for cocaine (common for fentanyl). This purple substance is consistent in appearance with the purple fentanyl powder that NURANI advertised on his Facebook and Snapchat accounts.

## CONCLUSION

11.  Based on the facts contained in this affidavit, there is probable cause to believe that OMAR MOHAMED NURANI has committed violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information and belief.

_Brett Vanderpool_
Brett Vanderpool, Narcotics Investigator
Des Moines Police Department

Subscribed and sworn to me this 10th day of January, 2025.

_Helen C. Adams_
The Honorable Helen C. Adams
United States Magistrate Judge